| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known) _____ Chapter  7 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Mercury Capital Advisors, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  80-0472070

4. **Debtor's address**

   **Principal place of business**
   280 Park Avenue, 36th Floor
   New York, NY 10017
   Number, Street, City, State & ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  www.mercurycapitaladvisors.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    **Mercury Capital Advisors, LLC**                                    Case number (*if known*) _____
          Name

7.  **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __5239__

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ☒ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check **all** that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    ☒ No.
    ☐ Yes.

    District _____  When _____  Case number _____
    District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.

Debtor    Mercury Capital Advisors, LLC                                  Case number (*if known*)
          Name

List all cases. If more than 1,
attach a separate list        Debtor   See Attachment                    Relationship
                              District                When                Case number, if known

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Mercury Capital Advisors, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2024
             MM / DD / YYYY

X  /s/ John Franklin                                        John Franklin
   Signature of authorized representative of debtor         Printed name

Title  Managing Partner

**18. Signature of attorney**

X  /s/ David McGrail                         Date  12/12/2024
   Signature of attorney for debtor                MM / DD / YYYY

David McGrail
Printed name

McGrail & Bensinger LLP
Firm name

888-C 8th Avenue #107
New York, NY 10019
Number, Street, City, State & ZIP Code

Contact phone  646-285-8476        Email address  dmcgrail@mcgrailbensinger.com

3954229  NY
Bar number and State

Debtor  Mercury Capital Advisors, LLC    Case number (*if known*) _____
         Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____  Chapter  7

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

Debtor    Mercury Capital Advisors Group GP, LLC         Relationship to you    Affiliate
District  Southern District of New York    When  12/14/2024   Case number, if known
Debtor    Mercury Capital Advisors Group, LP             Relationship to you    Affiliate
District  Southern District of New York    When  12/14/2024   Case number, if known

# United States Bankruptcy Court
# Southern District of New York

In re: Mercury Capital Advisors, LLC
Debtor(s)

Case No.
Chapter: 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Mercury Capital Advisors, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Mercury Capital Advisors Group, LP

☐ None [*Check if applicable*]

12/12/2024
Date

/s/ David McGrail

Signature of Attorney or Litigant
Counsel for  Mercury Capital Advisors, LLC
David McGrail
McGrail & Bensinger LLP
888-C 8th Avenue #107
New York, NY 10019

Resolutions Adopted by the Managing Member of
<u>Mercury Capital Advisors, LLC</u>

The undersigned, being all the persons whose consent is required for a bankruptcy filing of Mercury Capital Advisors, LLC (the "<u>Company</u>"), hereby consent to the adoption of the following resolutions and hereby consent to the taking of the actions referred to in such resolutions:

**RESOLVED** that, in the judgment of the Company's Limited Partner, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company institute a proceeding under Chapter 7 of the United States Bankruptcy Code (the "<u>Bankruptcy Case</u>"); and it is further

**RESOLVED** that the officers of the Company are hereby authorized, in the name of the Company and on its behalf, to take such actions as they may deem necessary or advisable in connection with commencing and prosecuting the Bankruptcy Case; and it is further

**RESOLVED** that the officers of the Company are hereby authorized, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court as they may deem necessary, appropriate, or advisable during the pendency of the Bankruptcy Case and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as they may deem necessary, appropriate, or advisable and to retain all assistance from legal counsel, including McGrail & Bensinger LLP, and to take any and all actions they deem necessary, appropriate, or advisable in connection with the Bankruptcy Case.

Dated: December 12, 2024

**MERCURY CAPITAL ADVISORS GROUP, LP**, its Managing Member

*DocuSigned by:*
*John Franklin*
F1F9CB71F4FA4C5...

Name: John Franklin
Title: Managing Partner

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Mercury Capital Advisors, LLC  
Debtor(s)

Case No.  
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................ $ 62,500.00  
   Prior to the filing of this statement I have received ...................................................... $ 62,500.00  
   Balance Due ................................................................................................................ $ 0.00

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):   Mercury Capital Advisors Group, LP

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtor in any litigation, including any adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/12/2024  
*Date*

/s/ David McGrail  
*Signature of Attorney*

David McGrail  
McGrail & Bensinger LLP  
888-C 8th Avenue #107  
New York, NY 10019

*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re: Mercury Capital Advisors, LLC  
Debtor(s)

Case No.  
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/13/2024

/s/ John Franklin  
John Franklin/Managing Partner  
Signer/Title

Abide Consulting Group, LLC  
220 W 93rd St #8c  
New York, NY 10025  


Adobe, Inc.  
345 Park Avenue  
San Jose, CA 95110  


Association Member Benefits Advisors LLC  
P.O. Box 850293  
Minneapolis, MN 55485-0293  


Atlantic a Program of Delage Landen  
P.O. Box 41602  
Philadelphia, PA 19101-1602  


AVI Systems, Inc.  
P.O. BOX 842607  
Kansas City, MO 64184-2607  


BDO USA  
200 Park Ave  
38th Floor  
New York, NY 10166  


Borden Ladner Gervais LLP  
Bay Adelaide Centre East Tower  
22 Adelaide Street West  
Toronto, ON, Canada  


CIBC Bank USA  
120 S. LaSalle St  
Chicago, IL 60603  


CSC Global  
251 Little Falls Drive  
Wilmington, DE 19808-1674  


Delaware Department of Finance  
Carvel State Office Building,  
820 N. French St., 8th Floor  
Wilmington, DE 19801  


Delaware Division of Revenue  
Attn: Bankruptcy Administrator  
Carvel State Building 820 N.French St.  
Wilmington, DE 19801

Docusign, Inc.
221 Main Street
Suite 1550
San Francisco, CA 94105


Financial Industry Regulatory
Authority 200 Liberty Street
New York, NY 10281


GBT US LLC
666 Third Avenue
New York, NY 10017


Internal Revenue Service Centralized
Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit Inc.
2800 E. Commerce Center Place
Tucson, AZ 85706


Investcorp International Inc.
280 Park Avenue
36th Floor
New York, NY 10017


JPMorgan Chase
111 Pine Street
San Francisco, CA 94111


JPMorgan Chase Bank, N.A.
P.O. Box 6076
Newark, DE 19714


LexisNexis Risk Solution
28330 Network Place
Chicago, IL 60673-1283


LinkPoint360, LLC
68 White Street
Suite 2
Red Bank, NJ 07701


Mandel Bhandari LLP
Attn: Robert Glunt
80 Pine Street, 33rd Floor
New York, NY 10005

Nick Savasta
155 Underhill Road
Scarsdale, NY 10583

NYS Department of Finance and
Taxation Bankruptcy Section,
P.O. Box 5300
Albany, NY 12205

PitchBook Data, Inc.
315 Park Ave S
New York, NY 10010

Quest Continuing Education Solutions LLC
10100 W. Innovation Drive
Suite 200
Milwaukee, WI 53226

Securities and Exchange Commission
100 F Street, NE,
Washington, DC 20549

Securities Investor Protection Corp
1667 K St. N.W.
Suite 1000
Washington, DC 20006-1620

Smarsh, Inc.
851 SW 6th Avenue
Suite 800
Portland, OR 97204

TerraNua US Corp
535 5th Avenue
4th floor
New York, NY 10017

Zoom Communications, Inc.
55 Almaden Blvd
6th Floor
San Jose, CA 95113