**Fill in this information to identify the case:**

Debtor name    Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-12328

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.**   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/27/2024     **X**   /s/ John Franklin
                                                Signature of individual signing on behalf of debtor

                                                John Franklin
                                                Printed name

                                                Managing Partner
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-12328

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................................    $       0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................................    $       4,931,817.08

    1c. **Total of all property:**[1]     Copy line 92 from *Schedule A/B*..................................................................................................    $       4,931,817.08

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $       2,500,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$       6,054,605.76

4.   **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b     $       8,554,605.76

---

[1]**Does not include intercompany receivables.**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-12328

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | CIBC Bank USA | Checking | 5007 | $25,000.00 |
| 3.2. | CIBC Bank USA | Savings | 6842 | $175,831.55 |
| 3.3. | JPMorgan Chase Bank, N.A. | Checking | 5456 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$200,831.55

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

11.    **Accounts receivable**

      11a. 90 days old or less:      263,598.10    -      0.00  = ....      $263,598.10

                      face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:      187,114.43    -      0.00  = ....      $187,114.43

                      face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.          $450,712.53

## Part 4:    Investments

**13. Does the debtor own any investments?**

   ☒ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.   Go to Part 6.
   ☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.   Go to Part 8.
   ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Computer monitors (35), video conferencing equipment, keyboards (16), PC towers (16), wired mouses (16), cameras (12), headsets (10), laptops (3), docking stations (3), iPads (2), phones (16), printers (6), laminator (1), shredders (2), mini fridge (1) | $0.00 | Comparable sale | $14,273.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**43.**    **Total of Part 7.**                                               $14,273.00
        Add lines 39 through 42.    Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☒ No
        ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites** | | | |

www.mercurycapitaladvisors.com
internetcapitalaccess.com
cloudcapitalaccess.com
mercurycapitalaccess.com
thealtsstreetjournal.com
mercuryifunds.com
mcadv.net
mcadv.com
mcadv.net
mcadv.com
mcadv.info
mcadv.info
mcadv.info
mercurycapitaladvisorsgroupgpllc.com
mercurycapitaladvisorsgrouplp.com
mercurycapitaladvisorsllc.com
mercurycapitaladvisorsgroupgpllc.net
mercurycapitaladvisorsgrouplp.net
mercurycapitaladvisorsllc.net
mercurycapitaladvisors.net
mercurycapitaladvisorsgroupgpllc.org
mercurycapitaladvisorsgrouplp.org
mercurycapitaladvisorsllc.org
mercurycapitaladvisors.com
mercurycapitaladvisors.org
mercapadvisors.com
mercapadvisors.net
mercapadvisors.org
mercapadvisors.com
mercapad.com
mercapad.com                 $0.00                     Unknown

---

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.
                                                $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     Placement fee for up to 25 existing client agreements.                                      Unknown

     Estimated value of payment rights under Agreement with WestCap Management, LLC dated March 19, 2019, as amended.                                      $4,266,000.00

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

     | $4,266,000.00 |
     |---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $200,831.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $450,712.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,273.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,266,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,931,817.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,931,817.08 |

Debtor name    Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   24-12328

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | Investcorp International Inc. | **Describe debtor's property that is subject to a lien** | $2,500,000.00 | $0.00 |
|---|---|---|---|---|

**2.1**   Investcorp International Inc.
Creditor's Name

**Describe debtor's property that is subject to a lien**
(a) all Accounts; (b) all Assigned Agreements; (c) all Deposit Accounts and all Money; (d) all Securities Accounts; and, with respect to (a)-(d), all Instruments and Chattel Paper, all General Intangibles, all Supporting Obligations, all books and records, and all Proceeds, products and profits; provided, however, that the Collateral shall not include any Excluded Assets.

280 Park Avenue, 36th Fl.
New York, NY 10017
Creditor's mailing address

**Describe the lien**
Pursuant to Pledge Agreement

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/20/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,500,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 | |
|---|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor name     Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-12328

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Abide Consulting Group, LLC<br>220 W 93rd St.<br>#8c<br>New York, NY 10025<br>**Date(s) debt was incurred** 10/1/2024 - 12/31/2024<br>**Last 4 digits of account number** NA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Compliance Services<br>Is the claim subject to offset? ☒ No ☐ Yes | $15,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Alan A. Pardee<br>Mandel Bhandari LLP<br>Attn: Robert Glunt<br>80 Pine Street<br>33rd Floor<br>New York, NY 10005<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Pending Litigation<br>Is the claim subject to offset? ☐ No ☐ Yes | Unknown |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Andrew Osofsky<br>25 Broad Street<br>Apt. 10N<br>New York, NY 10004<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Separation Agreement<br>Is the claim subject to offset? ☒ No ☐ Yes | $125,400.00 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Atlantic a Program of Delage Landen<br>PO Box 41602<br>Philadelphia, PA 19101-1602<br>**Date(s) debt was incurred** 3/1/2024 - 10/31/2024<br>**Last 4 digits of account number** 4115 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Equipment Lease<br>Is the claim subject to offset? ☒ No ☐ Yes | $16,994.29 |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $126,041.67 |
|---|---|---|---|

BDO USA
200 Park Ave
38th Floor
New York, NY 10166

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/2024

**Basis for the claim:** Accounting and Advisory Services

**Last 4 digits of account number** 3582

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,000.00 |
|---|---|---|---|

Bonnie Jin
148 E. 24th Street
Apt. 14B
New York, NY 10010

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Employment Agreement

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380,533.00 |
|---|---|---|---|

Cynthia Ho
245 Manhattan Avenue
Brooklyn, NY 11211

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Bonus Allocation and Employment Agreement

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,657.32 |
|---|---|---|---|

FINRA
200 Liberty Street
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/13/2024

**Basis for the claim:** Assessment Fee

**Last 4 digits of account number** NA

Is the claim subject to offset? ☐ No   ☒ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,000.00 |
|---|---|---|---|

Investcorp International Inc.
280 Park Avenue
36th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/1/2023 - 6/30/2024

**Basis for the claim:** Accounting Services

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Jeffrey S. Davis
542 Lake Avenue
Greenwich, CT 06830

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Employment Agreement

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,384,026.00 |
|---|---|---|---|

John Franklin
2 Wago Avenue
Armonk, NY 10504

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** Bonus Allocation and Employment Agreement

**Last 4 digits of account number**

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,750.00 |

John Marsh
7155 Whittlebury Trail
Bradenton, FL 34202

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Employment Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |

Justin M. Garrod
38 Lafayette Drive
Livingston, NJ 07039

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Employment Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175,000.00 |

Kelly Gardner
304 E. 65th Street
Apt. 30C
New York, NY 10065

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Employment Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,481.31 |

LexisNexis Risk Solutions, Inc.
28330 Network Place
Chicago, IL 60673-1283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/1/2024 - 8/31/2024

**Basis for the claim:**  Research Platform Subscription

**Last 4 digits of account number**  9099

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

Michael Dunham
98 Somerset Drive
Avon, CT 06001

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Consulting Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,833.00 |

Michael Graver
2800 Neilson Way
Apt. 610
Santa Monica, CA 90405-4034

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Employment Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,603,480.00 |

Nick Savasta
155 Underhill Road
Scarsdale, NY 10583

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Relationship Agreement

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 3.19 | Nonpriority creditor's name and mailing address<br>PitchBook Data, Inc.<br>315 Park Ave S<br>New York, NY 10010 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,495.97 |
|---|---|---|---|
| | **Date(s) debt was incurred** 12/2/2024 - 3/1/2025 | **Basis for the claim:** Research Platform Subscription | |
| | **Last 4 digits of account number** 1108 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address<br>Securities Investor Protection Corp.<br>1667 K St. N.W.<br>Suite 1000<br>Washington, DC 20006-1620 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,631.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** 12/13/2024 | **Basis for the claim:** Assessment Fee | |
| | **Last 4 digits of account number** NA | Is the claim subject to offset? ☐ No ☒ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address<br>Smarsh, Inc.<br>851 SW 6th Ave<br>Suite 800 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,114.93 |
|---|---|---|---|
| | **Date(s) debt was incurred** 11/1/2024 - 11/30/2024 | **Basis for the claim:** Data Management Services | |
| | **Last 4 digits of account number** 0976 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address<br>Vik Salh<br>303 Wythe Avenue<br>Brooklyn, NY 11249 | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,167.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** | **Basis for the claim:** Employment Agreement | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,054,605.76 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,054,605.76 |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter and Extension Agreements | |
| | State the term remaining | Expires 03/31/2025 | 360 Capital Partners SAS<br>188 rue de Rivoli<br>75001 Paris, France |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
| | State the term remaining | Conditional expiration | 468 Management GmbH<br>Wielandstrasse 26-26A<br>10707 Berlin, Germany |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Compliance Services | |
| | State the term remaining | Expires 07/01/2025 | Abide Consulting Group, LLC<br>220 West 93rd Street<br>Suite 8C<br>New York, NY 10025 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Product License Agreement | |
| | State the term remaining | Expires 05/01/2025 | Adobe, Inc.<br>345 Park Avenue<br>San Jose, CA 95110 |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
| | State the term remaining | Conditional expiration | AGE 4, LLC<br>750 S. Orlando Avenue<br>Suite 200<br>Winter Park, FL 32789 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Executed Broker-Dealer Guard Bond Quote | |
| | State the term remaining | Expires 07/29/2025 | Association Member Benefits Advisors LLC<br>P.O. Box 850293<br>Minneapolis, MN 55485-0293 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for printer | |
| | State the term remaining | Expires 03/01/26 | Atlantic A Program of Delage Landen<br>P.O. BOX 41602<br>Philadelphia, PA 19101-1602 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for conference room video and soundbar | |
| | State the term remaining | Expires 08/31/2025 | AVI Systems, Inc.<br>P.O. Box 842607<br>Kansas City, MO 64184-2607 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
| | State the term remaining | Conditional expiration | Balbec Capital Management, L.P.<br>575 5th Avenue<br>19th Floor<br>New York, NY 10017 |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Agreement To Provide Services dated 10/28/2024 | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | BDO USA<br>200 Park Avenue<br>New York, NY 10166 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Treasury Management Services Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | CIBC Bank USA, Inc.<br>120 S. LaSalle Street<br>Chicago, IL 60603 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | |
| | List the contract number of any government contract | | City Park Capital<br>261 Old York Road, #914<br>Jenkintown, PA 19046 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | |
| | List the contract number of any government contract | | Coller Investment Management Limited<br>P.O. Box 255, Trafalgar Court, Les Banques, St. Peter Port<br>Guernsey, Channel Islands, GY1 3QL |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | |
| | List the contract number of any government contract | | DGP Capital Management Limited Digital<br>15 Stratton Street, London, W1J 8LQ |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | eWTP Arabia Tech. Innov. Fund GP I Ltd<br>Fourth Floor, Building 3.05, King Abdullah Financial District, King Fahd Rd, Riyadh 11564<br>Saudi Arabia |
| | List the contract number of any government contract | | Tampa, FL 33606 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Financial Industry Regulatory Authority<br>200 Liberty Street<br>New York, NY 10281 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | |
| | List the contract number of any government contract | | Gateway V GP Ltd.<br>22nd Floor, 1 Lyndhurst Tower, Hong Kong |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Business Travel Services Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 05/15/24 | |
| | List the contract number of any government contract | | GBT US LLC<br>666 Third Avenue<br>New York, NY 10017 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | INCE Capital Ltd.<br>Shanghai World Financial Center, No. 100 Century Avenue, Pudong District |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
| | State the term remaining | Conditional expiration | InSolve Global Credit Fund VI, L.P.<br>177114 E Stetson Drive<br>Suite 250 |
| | List the contract number of any government contract | | Scottsdale, AZ 85251 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Bookkeeping software | |
| | State the term remaining | Expires 06/2025 (subject to auto renewal) | Intuit, Inc.<br>2800 E. Commerce Center Place<br>Tucson, AZ 85706 |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Credit Agreement | |
| | State the term remaining | N/A | Investcorp International, Inc.<br>280 Park Avenue, #36<br>New York, NY 10017 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Pledge Agreement | |
| | State the term remaining | N/A | Investcorp International, Inc.<br>280 Park Avenue, #36<br>New York, NY 10017 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Receivables Purchase Agreement and Amendments | |
| | State the term remaining | N/A | Investcorp International, Inc.<br>280 Park Avenue, #36<br>New York, NY 10017 |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Consent and Release under Credit Agreement | |
| | State the term remaining | N/A | Investcorp International, Inc. 280 Park Avenue, #36 New York, NY 10017 |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Guaranty | |
| | State the term remaining | N/A | Investcorp International, Inc. 280 Park Avenue, #36 |
| | List the contract number of any government contract | | New York, NY 10017 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
| | State the term remaining | Conditional expiration | Investcorp Strategic Capital Partners GP 280 Park Avenue, #36 New York, NY 10017 |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
| | State the term remaining | Conditional expiration | Investcorp Strategic Capital Partners II 280 Park Avenue, #36 New York, NY 10017 |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
| | State the term remaining | Conditional expiration | J.P. Morgan Securities (Asia Pacific) 18/F & 23-29/F, Chater House, 8 Connaught Road Central, Hong Kong |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

    State the term remaining — Conditional expiration

    List the contract number of any government contract

Kennedy Wilson Europe
50 Grosvenor Hill, London, W1K 3QT, United Kingdom

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

    State the term remaining — Conditional expiration

    List the contract number of any government contract

LEFT LANE Group, LP
134 North 4th Street
Brooklyn, NY 11249

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — Product license agreement

    State the term remaining — Expires 08/01/2025

    List the contract number of any government contract

LexisNexis Risk Solution
28330 Network Place
Chicago, IL 60673-1283

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

    State the term remaining — Conditional expiration

    List the contract number of any government contract

Marblegate Asset Management, LLC
5 Greenwich Office Park
Suite 400
Greenwich, CT 06831

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

    State the term remaining — Conditional expiration

    List the contract number of any government contract

MCP Private Capital Partners V GPLP, SCS
12E Rue Guillaume Kroll
Luxembourg
L-1882

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Amended Administrative Service and Expense Sharing Agreement | |
|---|---|---|---|
| | State the term remaining | N/A | Mercury Capital Advisors Group, LP |
| | List the contract number of any government contract | | 280 Park Avenue, 36th Floor<br>New York, NY 10017 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | MetaVC Partners, LLC<br>Attn: Conrad Burke / Chris Allegrio |
| | List the contract number of any government contract | | 18357 Fadjur Lane<br>Sisters, OR 97759 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | MiddleGround Management, L.P. |
| | List the contract number of any government contract | | 1500 Aristides Boulevard<br>Lexington, KY 40511 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | MML Capital Partners LLC<br>5 Upper St. Martins Lane |
| | List the contract number of any government contract | | London WC2H 9EA<br>United Kingdom |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Namakor Holdings<br>c/o Nama Management LP<br>Attention: Patrick Dussault |
| | List the contract number of any government contract | | 1810 West Kennedy Boulevard<br>Tampa, FL 33606 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

State the term remaining — Conditional expiration

List the contract number of any government contract

Orchestra Advisors Korea Limited
21 Floor, Seoul Finance Center 136 Sejongdaero Junggu
Seoul Korea 04520

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

State the term remaining — Conditional expiration

List the contract number of any government contract

Orchestra Private Equity Singapore Pte.
150 Beach Road, #35-00,
The Gateway West, Singapore 189720

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — Recruitment Services Agreement

State the term remaining — N/A

List the contract number of any government contract

Phaidon International (US), Inc.
711 3rd Avenue
3rd Floor
New York, NY 10017

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — Platform Subscription Agreement

State the term remaining — Expires 06/01/25

List the contract number of any government contract

PitchBook Data, Inc.
901 Fifth Avenue, #1200
Seattle, WA 98164

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter/Term Sheet

State the term remaining — Conditional expiration

List the contract number of any government contract

Pomona Capital XI, L.P.
780 Third Avenue, #46
New York, NY 10017


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Pomona Management LLC |
| | List the contract number of any government contract | | 780 Third Avenue, #46<br>New York, NY 10017 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Promaxo, Inc. |
| | List the contract number of any government contract | | 70 Washington Street<br>Suite # 407<br>Oakland, CA 94607 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Promethean Investments, LLP |
| | List the contract number of any government contract | | 3 Coldbath Square, London, England, EC1R 5HL |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Puttshack International Holdings, Inc. |
| | List the contract number of any government contract | | 303 W Erie Street 600<br>Chicago, IL 60654 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement<br>Quest CE Compliance Management System | |
|---|---|---|---|
| | State the term remaining | Expires 1/1/2025 | Quest Continuing Education Solutions LLC |
| | List the contract number of any government contract | | 10100 W. Innovation Drive<br>Suite 200<br>Milwaukee, WI 53226 |

Debtor 1    Mercury Capital Advisors, LLC _____     Case number (*if known*)    24-12328 _____

    First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 04/14/25 (subject to auto renewal) | Smarsh, Inc.<br>851 SW 6th Avenue<br>Suite 800<br>Portland, OR 97204 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter/Term Sheet | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Taconic Capital Advisors L.P.<br>280 Park Avenue<br>New York, NY 10017 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement | |
|---|---|---|---|
| | State the term remaining | Expires 10/10/2025 | TerraNua US Corp.<br>535 5th Avenue<br>4th floor<br>New York, NY 10017 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | Upper90 Partners GP III, LLC<br>114 West 26th Street, 5th Floor<br>New York, NY 10001 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Payment rights under the WestCap Agreement dated 03/19/2019 | |
|---|---|---|---|
| | State the term remaining | N/A | WestCap Management, LLC<br>350 West Broadway<br>New York, NY 10003 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | |
|---|---|---|---|
| | State the term remaining | Conditional expiration | |
| | List the contract number of any government contract | | Winstanley Enterprises LLC<br>150 Baker Ave, Suite 303<br>Concord, MA 01742 |

Debtor name     Mercury Capital Advisors, LLC

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    24-12328

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Mercury Capital Advisors Group GP, LLC | 280 Park Avenue, 36th Floor New York, NY 10017 | Investcorp International Inc. | ☒ D __2.1__ ☐ E/F _____ ☒ G __2.22__ |
| 2.2 | Mercury Capital Advisors Group, LP | 280 Park Avenue, 36th Floor New York, NY 10017 | Investcorp International Inc. | ☒ D __2.1__ ☐ E/F _____ ☒ G __2.22__ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy