**MCGRAIL & BENSINGER LLP**
888-C 8th Avenue #107
New York, New York 10019
David McGrail, Esq.
Veronique Urban, Esq.
Phone: (646) 285-8476
dmcgrail@mcgrailbensinger.com
vurban@mcgrailbensinger.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| MERCURY CAPITAL ADVISORS, LLC, | ) | Case No.: 24-12328 (DSJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF AMENDMENT TO OFFICIAL FORM 206SUM, SCHEDULE D, AND SCHEDULE E/F OF DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES

Debtor Mercury Capital Advisors, LLC hereby files this notice of amendment to Official Form 206Sum, Schedule D, and Schedule E/F of its Schedules of Asset and Liabilities, filed on December 27, 2024 [ECF No. 6], pursuant to Federal Rule of Bankruptcy Procedure 1007, and states as follows:

Official Form 206Sum Part 2, Summary of Liabilities, is amended to revise the following

amounts:

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $2,593,093.05 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)<br><br>• **3a. Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $0.00 |
| • **3b. Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | $4,345,856.76 |
| 4. Total liabilities<br>  Lines 2 + 3a + 3b | $6,938,949.81 |

Schedule D Part 1 is amended to revise the following creditor:

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* <br><br>**Amount of claim** <br><br>Do not deduct the value of collateral. | *Column B* <br><br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 <u>Investcorp International Inc.</u> <br>    Creditor's Name | **Describe debtor's property that is subject to a lien** <br> a) all Accounts; (b) all Assigned Agreements; (c) all Deposit Accounts and all Money; (d) all Securities Accounts; and, with respect to (a)-(d), all Instruments and Chattel Paper, all General Intangibles, all Supporting Obligations, all books and records, and all Proceeds, products and profits; provided, however, that the Collateral shall not include any Excluded Assets. | $2,593,093.05 | $0.00 |
| 280 Park Avenue, 36th Fl. <br> <u>New York, NY 10017</u> <br> Creditor's mailing address | **Describe the lien** <br><br> Pursuant to Pledge Agreement | | |
| Creditor's email address, if known <br> **Date debt was incurred** <br><br> 10/20/2020 <br> **Last 4 digits of account number** | **Is the creditor an insider or related party?** <br> ☐ No <br> ☒ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is: Check all that apply** <br> ☒ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,593,093.05 | |

Schedule E/F Part 2 is amended to revise the following nonpriority creditors:

| 3.7 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Cynthia Ho<br>245 Manhattan Avenue<br>Unit 4B<br>Brooklyn, NY 11211 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $167,200.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Bonus Allocation |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |
| 3.11 | |
| Nonpriority creditor's name and mailing address: | John Franklin<br>2 Wago Avenue<br>Armonk, NY 10504 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $217,360.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Bonus Allocation |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

Schedule E/F Part 2 is amended to remove the following nonpriority creditors:

| 3.6 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Bonnie Jin<br>148 E. 24th Street<br>Apt. 14B<br>New York, NY 10010 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $45,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.10 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Jeffrey S. Davis<br>542 Lake Avenue<br>Greenwich, CT 06830 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | Unknown<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.12 | |
|---|---|
| Nonpriority creditor's name and mailing address: | John Marsh<br>7155 Whittlebury Trail<br>Bradenton, FL 34202 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is: Check all that apply. | $8,750.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.13 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Justin M. Garrod<br>38 Lafayette Drive<br>Livingston, NJ 07039 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $25,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.14 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Kelly Gardner<br>304 E. 65th Street<br>Apt. 30C<br>New York, NY 10065 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $175,000.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.16 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Michael Dunham<br>98 Somerset Drive<br>Avon, CT 06001 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | Unknown<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Consulting Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.17 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Michael Graver<br>2800 Neilson Way<br>Apt. 610<br>Santa Monica, CA 90405-4034 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $40,833.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

| 3.22 | |
|---|---|
| Nonpriority creditor's name and mailing address: | Vik Salh<br>303 Wythe Avenue<br>Brooklyn, NY 11249 |
| Date(s) debt was incurred | - |
| Last 4 digits of account number | - |
| As of the petition filing date, the claim is:<br>Check all that apply. | $34,167.00<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Basis for the claim: | Employment Agreement |
| Is the claim subject to offset? | ☒ No<br>☐ Yes |

**Declaration Under Penalty of Perjury**

I, John Franklin, managing partner of Mercury Capital Advisors, LLC, declare under penalty of perjury, that I have read the foregoing Notice of Amendment to Official Form 206Sum, Schedule D, and Schedule E/F of its Schedules of Asset and Liabilities and that it is true and correct to the best of my knowledge, information, and belief.

Date:   January 9, 2025

By:     s/  John Franklin
        Name:  John Franklin
        Managing Partner
        Mercury Capital Advisors, LLC