**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: MERCURY CAPITAL ADVISORS GROUP GP, LLC,<br><br>    Debtor | Chapter 7<br>Case No. 24-12326 (DSJ) |
| In re: MERCURY CAPITAL ADVISORS GROUP, LP,<br><br>    Debtor | Chapter 7<br>Case No. 24-12327 (DSJ) |
| In re: MERCURY CAPITAL ADVISORS, LLC,<br><br>    Debtor | Chapter 7<br>Case No. 24-12328 (DSJ) |

**DECLARATION OF ALAN A. PARDEE IN SUPPORT OF**
**MOTION FOR ORDER MODIFYING AUTOMATIC STAY**
**OF 11 U.S.C. §362 TO PERMIT CONTINUATION OF**
**STATE COURT ACTION TO PURSUE INSURANCE PROCEEDS**

Alan A. Pardee, pursuant to 28 U.S.C. §1746, declares under penalty of perjury as follows:

1.    I am a creditor of each of the above-captioned debtors (collectively, the "**Debtors**") based on the claims set forth in the complaint I filed in the Supreme Court of the State of New York, New York County (the "**State Court**"), *styled Alan A. Pardee v. Mercury Capital Advisors Group GP, LLC, Mercury Capital Advisors, LLC and Mercury Capital Advisors Group, LP,* (Index No. 650693/2021) seeking damages for, among other relief, breach of contract, race discrimination, and retaliation (the "**Action**").

2.    I respectfully submit this declaration in support of my motion, dated January 10, 2025 (the "**Motion**") seeking an order modifying the automatic stay of Bankruptcy Code section

362 for the limited purpose of continuing the Action to determine the amount of my claims against the Debtors, through trial or settlement, and to obtain payment from two existing insurance policies which cover my claims.

3. I have reviewed the Motion, and the facts set forth in the Motion are true and correct to the best of my knowledge, information, and belief.

4. Attached are true and correct copies of the following documents which are referred to as Exhibits in the Motion:

- Exhibit A - Amended complaint, dated June 2, 2021, filed in the State Court.
- Exhibit B – Summary Judgment Decision of the State Court, dated July 17, 2024.
- Exhibit C - Zurich Insurance Company (Policy No. EPL 0508351-02).
- Exhibit D – XL Specialty Insurance Company (Policy No. ELU 172207-20).

Executed in New York, New York on January 10, 2025.

/s/ Alan A. Pardee